JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SIMON ALEMAN-BLANCO, | Case No. 2:19-cv-08087-CJC (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN L. J. MILUSNIC, | |
| Respondent. | |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 10/11/2019

CORMAC J. CARNEY
United States District Judge